UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENNETH ROBERT OGEA,

    Defendant.
_____/

HON. TIMOTHY P. GREELEY

Case No. 2:11-cr--44

## ORDER OF DETENTION

Defendant appeared before the undersigned on October 6, 2011, for an initial appearance and arraignment on the Class A Misdemeanor Information charging two counts of purchasing more than nine (9) grams of pseudoephedrine base in a 30 day period. Because the defendant appeared while in the custody of the State of Michigan, he is not eligible for release at this time. Therefore, IT IS HEREBY ORDERED that the defendant shall remain in custody; reserving the right to request a detention hearing at a later date should he be released from state custody.

IT IS SO ORDERED.

Date: October 21, 2011

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    United States Magistrate Judge